FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

PD-0313&0314-15

PD-0313-15 & PD-0314-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/25/2015 12:06:40 PM
Accepted 3/25/2015 1:19:44 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| WALTER TENDAI CHIDYAUSIKU, | § | |
| Appellant | § | |
| v. | § | NOS. PD-____-15 |
| | § | & PD-____-15 |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

### AMENDED FIRST MOTION FOR EXTENSION OF TIME FOR FILING OF STATE'S PETITION FOR REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's petition for review in these cases. TEX.R.APP.P. 10.5(b) & 68.2(c). The following allegations are made in support of this motion:

- I -

The court below is the Court of Appeals for the Second Court of Appeals District of Texas. The style and number of the cases in the court of appeals is *Walter Tendai Chidyausiku v. The State of Texas,* cause numbers 02-14-00077-CR and 02-14-00078-CR. On February 19, 2015, the Second Court of Appeals reversed the trial court's convictions in a published opinion authored by Justice Lee Ann Dauphinot. No motion for rehearing was filed.

- II -

Charged with intoxication assault and intoxication manslaughter Appellant relied on the Supreme Court's decision in *Missouri v. McNeely,*

___ U.S. ___, 133 S.Ct. 1552 (2013) during a pretrial suppression hearing. The trial court, Hon. Michael Thomas, rejected Appellant's motion to suppress, and the Fort Worth Court of Appeals reversed that decision. *Chidyausiku v. State*, ___ S.W.3d ___, 2015 WL 737391 (Tex. App.—Fort Worth Feb. 19, 2015).

- III -

The appeals were perfected on February 21, 2014, the date notice of appeal was filed.

- IV -

The current deadline for filing the State's petition for discretionary review is March 23, 2015. No extension has previously been granted regarding the State's petition.

- V -

The extension is not requested for purposes of delay but rather to adequately brief the legal issues warranted by the decision of the court of appeals.

- VI -

Counsel has had the following other obligations which have prevented her from completing the State's petition. Before this Court, counsel filed her Motion for Rehearing on Denial of Discretionary Review in *Max David*

*Voltmann v. State*, cause number PD-1737-13. Counsel also filed her petition for discretionary review in *Gene Allen Burks v. State*, cause number PD-0157-15 raising three questions for review. Before the Second Court of Appeals, counsel filed her State's Appeal Brief in *State v. Dennis M. Taylor,* cause number 02-14-00456-CR, raising three points of error. Counsel filed another State's Appeal Brief in *State v. Laura Ann Swan*, cause number 02-14-00416-CR, raising three points of error. Counsel also presented argument in *State v. Scott Ellery Crawford, Jr*., cause number 02-14-00289-CR. Counsel also reviewed a trial transcript and, ultimately, filed her State's Notice of Appeal in *State v. Cameron Varley*, cause number 02-15-00076-CR. For all of these reasons, counsel requests an additional thirty days in which to file the State's petition.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant this Amended First Motion for Extension of Time for Filing the State's Petition for Discretionary Review and extend the time for filing of the State's brief for thirty days to April 22, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR, Assistant
Criminal District Attorney

Chief, Post-Conviction

  /s/  TANYA S. DOHONEY
TANYA S. DOHONEY, Assistant
Criminal District Attorney
State Bar No.  02760900
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
COAappellatealerts@tarrantcountytx.gov

## CERTIFICATE OF SERVICE

A true copy of the State's amended motion has been e-served to opposing counsel, Hon. Wes Ball, WBnotices@ballhase.com, 4025 Woodland Park Boulevard #100, Arlington, Texas, 76013, and to the State Prosecuting Attorney, the Hon. Lisa McMinn, information@spa.texas.gov, P.O. Box 13046, Austin, Texas 78711 this 25th day of March, 2015.

  /s/  TANYA S. DOHONEY
TANYA S. DOHONEY

H:\DOHONEY.D11\MOTIONS\032015 chidyausiku pdr 1x.docx